CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 08 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 5:14-cr-00036-2 |
| v. | ORDER |
| DONNA JEAN JENKINS,<br>    Petitioner. | By:   Hon. Michael F. Urbanski<br>        United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the conditionally filed motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED without prejudice**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 8th day of December, 2015.

/s/ Michael F. Urbanski
United States District Judge